MICHELLE MURPHY, CONSERVATOR (ESTATE OF PAUL SYLVAN) *v.* GEORGE WAKELEE

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 425 (AC 15849), is, on reconsideration, granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly instructed the jury regarding the parties' burden of proof with respect to the duties of the defendant fiduciary?"

MCDONALD, J., did not participate in the consideration or decision of this petition.

*A. Paul Spinella*, in support of the petition.

*James E. Coyne*, in opposition.

Decided December 10, 1997